### KEATON et al. v. JETTON et al.

No. 25819.  Nov. 10, 1936.

Rehearing Denied Dec. 8, 1936.

Second Rehearing Denied Jan. 5, 1937.

McNEILL, C. J. This case is controlled by our decision in Keaton et al. v. Shiflett, Adm'r, 178 Okla. 587, 63 P. (2d) 102, this day decided.

Judgment is affirmed.

OSBORN, V. C. J., and BAYLESS, BUSBY, WELCH, PHELPS, CORN, and GIBSON, JJ., concur. RILEY, J., absent.

### KEATON et al. v. LALLATHIN.

No. 25817.  Nov. 10, 1936.

Rehearing Denied Dec. 8, 1936.

Second Rehearing Denied Jan. 5, 1937.

McNEILL, C. J. This case is controlled by our decision in Keaton et al. v. Shiflett, Adm'r, 178 Okla. 587, 63 P. (2d) 102, this day decided.

Judgment is affirmed.

OSBORN, V. C. J., and BAYLESS, BUSBY, WELCH, PHELPS, CORN, and GIBSON, JJ., concur. RILEY, J., absent.